SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
MIGUEL HERNANDEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>SSKH, INC D/B/A MOOBONGRI SOONDAE; MAHNAZ ROWHANIAN, AS TRUSTEE OF THE HUNTER FAMILY LIVING TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:24-cv-03525-JLS (JCx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SSKH, INC D/B/A MOOBONGRI SOONDAE** |

**PLEASE TAKE NOTICE** that Plaintiff MIGUEL HERNANDEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant SSKH, INC D/B/A MOOBONGRI SOONDAE ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  June 7, 2024                **SO. CAL. EQUAL ACCESS GROUP**


By:    */s/   Jason J. Kim*

Jason J. Kim
Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**