SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SSKH, INC D/B/A MOOBONGRI SOONDAE; MAHNAZ ROWHANIAN, AS TRUSTEE OF THE HUNTER FAMILY LIVING TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:24-cv-03525-JLS (JCx)<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: January 17, 2025<br>Time: 10:30 a.m.<br>Courtroom: 8A<br><br>Honorable Judge Josephine L. Staton |

　　　To Defendant MAHNAZ ROWHANIAN, AS TRUSTEE OF THE HUNTER FAMILY LIVING TRUST and the attorneys of record, if any: Please take notice that on January 17, 2025, at 10:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. First Street, Los Angeles, California, Plaintiff MIGUEL HERNANDEZ will present Plaintiff's motion for default judgment against Defendant MAHNAZ ROWHANIAN, AS TRUSTEE OF THE HUNTER FAMILY LIVING

TRUST. The Clerk has previously entered the default on said Defendant on October 15, 2024 (Dkt. #18).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant MAHNAZ ROWHANIAN, AS TRUSTEE OF THE HUNTER FAMILY LIVING TRUST is not a minor or an incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant MAHNAZ ROWHANIAN, AS TRUSTEE OF THE HUNTER FAMILY LIVING TRUST has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,410.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 3630 Foothill Blvd., Glendale, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant MAHNAZ ROWHANIAN, AS TRUSTEE OF THE HUNTER FAMILY LIVING TRUST on December 17, 2024 by first class United States Mail, postage prepaid.

Dated:  December 17, 2024                                   **SO. CAL. EQUAL ACCESS GROUP**

                                                By:   */s/ Jason J. Kim*
                                                            Jason J. Kim, Esq.
                                                            Attorneys for Plaintiff